AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT WILLIAM ROGERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| DUPLIN LAND DEVELOPMENT, INC., ) | **CASE NO. 7:11-CV-164-D** |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant Duplin Land Development, Inc.'s Motion for Summary Judgment [D.E. 14]. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**MARCH 5, 2013**</u> WITH A COPY TO:

James Hunter Broadwell (via CM/ECF Electronic Notification)
George L. Fletcher (via CM/ECF Electronic Notification)


<u>March 5, 2013</u>                        JULIE A. RICHARDS, Clerk
Date                                   Eastern District of North Carolina

                                               <u>/s/ Debby Sawyer</u>
                                               (By) Deputy Clerk

Raleigh, North Carolina